IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  CASE NO. 1:20cr84 |
| | ) |
| GARRISON KENNETH COURTNEY | ) |
| | ) |
| Defendant | ) |

ORDER

This matter currently appears on the Court's docket on May 6, 2020 for the defendant to enter a pre-indictment plea. In accordance with the Court's General Orders 2020-03, 2020-07, 2020-09, and 2020-12 which continue all criminal and civil hearings between March 17 and June 10, 2020, and with the agreement of all counsel, it is

**ORDERED** that the hearing in this matter scheduled on May 6, 2020 is hereby continued to June 11, 2020 at 11:00 am.

_____
Liam O'Grady
United States District Judge

Alexandria, Virginia
April 23, 2020