AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cr-84 (LO) |
| Garrison Kenneth Courtney | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 04/23/2020

/s/
*Attorney's signature*

Heidi Boutros Gesch (NY Bar No: 5067764)
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Heidi.Gesch@usdoj.gov
*E-mail address*

(703) 299-3949
*Telephone number*

(703) 299-3980
*FAX number*