AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cr-00084-LO |
| Garrison Kenneth Courtney | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 06/08/2020

/s/ Todd Gee
*Attorney's signature*

Todd Gee (DC # 495001)
*Printed name and bar number*

Public Integrity Section
Criminal Division
U.S. Department of Justice
1331 F Street NW, Washington D.C. 20005
*Address*

Todd.Gee2@usdoj.gov
*E-mail address*

(202) 514-9752
*Telephone number*

(202) 514-3003
*FAX number*