# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.

**ARRAIGNMENT AND PLEA AGREEMENT HEARING**

**GARRISON KENNETH COURTNEY**

Case No. 1:20CR84

---

HONORABLE LIAM O'GRADY presiding  
Proceeding Held: June 11, 2020  
Deputy Clerk: Amanda

Time Called: 10:32 a.m.  
Time Concluded: 11:24 a.m.  
Court Reporter: S. Wallace

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Matthew Burke (at counsel table) |
| GARRISON COURTNEY in person and by: | Stewart Sears |
| INTERPRETER: None | ☐ Interpreter Sworn |

---

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea Agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☐ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☐ Mandatory minimum sentence
  - ☒ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☒ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

---

- ☒ GUILTY plea entered to Count(s) One of the ☐ indictment, ☐ superseding indictment, ☒ information
- ☒ PSR ordered
- ☒ Sentencing set for: October 23, 2020 at 9:00 a.m.

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- X Waiver of Indictment filed knowingly

---

☐ Detention continued; or   ☒ Bond set:   ☐ as previously set, or   ☐ as modified: