RH

**Criminal Case Cover Sheet**      FILED: | REDACTED |      PJP      **U.S. District Court**

| **Place of Offense:** | ☐ **Under Seal**    Related to: 1:16-ES-4 and 15GJ4483 | **Judge Assigned:** | O'Grady |
|---|---|---|---|
| City: Springfield | Superseding Indictment: | **Criminal No.** | 1:20-CR-**84** |
| County: Fairfax | Same Defendant: | New Defendant: | |
| | Magistrate Judge Case No. | **Arraignment Date:** | |
| | Search Warrant Case No. | R. 20/R. 40 From: | |

**Defendant Information:**

| **Defendant Name:** | Garrison Kenneth Courtney | Alias(es): see charging doc | ☐ Juvenile   FBI No. | |

**Address:** Tampa, FL 33626

Employment: Huntington Ingalls Industries, Inc.

**Birth Date:** XX/XX/1976   **SSN:** XXX-XX-6061   **Sex:** Male   Race: White   Nationality: USA

**Place of Birth:** Phillipines   Height: 6'01"   Weight: 230   Hair: Bl   Eyes: Blue   Scars/Tattoos: tattoos upper arm

☐ **Interpreter**   **Language/Dialect:** English   Auto Description:

**Location/Status:**

| **Arrest Date:** | | ☐ Already in Federal Custody as of: | | in: | |

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| **Name:** | Stuart A. Sears | ☒ Court Appointed | Counsel Conflicts: | |
| Address: | 901 New York Avenue, N.W., Washington, DC 20001 | ☐ Retained | | |
| Phone: | (202) 628-4199 | ☐ Public Defender | ☒ Federal Public Conflicted Out | |

**U.S. Attorney Information:**

| **AUSA(s):** | Matthew Burke, Heidi Gesch, Raj Parekh | **Phone:** 703-299-3927 | Bar No. | |

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Katherine Pattillo, 703-686-6258

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1343 | wire fraud | 1 | felony |
| Set 2: | | | | |

| Date: | 3/26/2020 | **AUSA Signature:** | *[signature]* | *may be continued on reverse* |