**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 1:20-CR-84** |
| v. | ) | |
| | ) | **The Honorable Liam O'Grady** |
| **GARRISON KENNETH COURTNEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Garrison Kenneth Courtney, by and through undersigned counsel, hereby submits this Unopposed Motion to Modify his Conditions of Release. In support of his request, Mr. Courtney provides the following:

1. On June 11, 2020, Mr. Courtney appeared before this Court and entered a guilty plea to a One-count information charging him with wire fraud in violation of 18 U.S.C. § 1343.

2. Following the entry of his plea, this Court, in line with the Parties' agreement, released Mr. Courtney on a personal recognizance bond that included several additional conditions.

3. One of those conditions placed Mr. Courtney on GPS monitoring and confined him, with the exception of the D.C. Metropolitan area, to Hillsborough and Pasco Counties in Florida. *See* Dkt. 13, condition (7)(h).

4. The parties have conferred and in light of the proximity of Mr. Courtney's residence to Pinellas County, Florida, they agree that Mr. Courtney's ability to travel should be extended to Pinellas County in addition to the previously permitted travel in or about Hillsborough and Pasco Counties.

5. Undersigned counsel has conferred with government counsel who has confirmed that the United States does not oppose Mr. Courtney's motion.

WHEREFORE based on the foregoing reasons and any others that may appear to the Court, Mr. Courtney respectfully asks this Court to modify his conditions of release to permit him to travel to Pinellas County, Florida.

Dated: June 12, 2020

Respectfully submitted,

GARRISON KENNETH COURTNEY,
By Counsel

/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Ave., NW
Suite 500 West
Washington, DC 20001
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com

Attorney for Garrison Kenneth Courtney

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June 2020, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Ave., NW
Suite 500 West
Washington, DC  20001
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177
ssears@schertlerlaw.com