IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:20-CR-84 |
| v. | ) | |
| | ) | The Honorable Liam O'Grady |
| GARRISON KENNETH COURTNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Mr. Courtney's Unopposed Motion to Modify Conditions of Release,

It is hereby ORDERED that the Conditions of Release imposed on June 11, 2020, are modified to permit the Defendant to travel to Pinellas County, Florida.

All other terms and conditions of release remain in full effect.

So ORDERED this __12__ day of June, 2020.

_____
Hon. Liam O'Grady
United States District Judge