**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 1:20-CR-84** |
| **v.** ) | |
| ) | **The Honorable Liam O'Grady** |
| **GARRISON KENNETH COURTNEY,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S NOTICE OF CONSENT TO REVOCATION OF BOND**

Defendant Garrison Kenneth Courtney, by and through undersigned counsel, hereby respectfully provides this Notice to the Court and the United States that he does not contest the government's request to revoke his bond pending sentencing. Dkt. 18. The defendant does not admit that he has engaged in any conduct that would warrant the revocation of his bond but, nevertheless, has decided to begin serving his impending sentence now. Mr. Courtney will appear before this Court, with counsel, at 10:30 a.m. on August 19, 2020. At that time, he will ask the Court to revoke his bond and order him into the custody of the U.S. Marshals.

Dated: August 17, 2020

Respectfully submitted,

GARRISON KENNETH COURTNEY,
By Counsel

/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Ave., NW
Suite 500 West
Washington, DC  20001
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177
ssears@schertlerlaw.com
*Attorney for Garrison Kenneth Courtney*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August 2020, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Ave., NW
Suite 500 West
Washington, DC  20001
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177
ssears@schertlerlaw.com