A) Account Information:
Public ID: 6715873
User Id: 3593206958701855
email:
Faceook ID:
Phone Number:
Display Name: ODNI Duty Line
Device Name: iPhone

B) Dingtone Friends:

UserId          DingtoneId      Contact Name


C) Login Records:

| Time | deviceId | appVersion | countryCode |
|------|----------|-----------|-------------|
| clientIp | | | |
| [2020-06-20 02:04:35]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-20 02:47:14]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-20 02:54:31]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-20 02:57:27]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-20 03:30:19]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-20 12:00:01]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-20 12:34:43]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 174.228.143.60 | | | |
| [2020-06-20 12:55:34]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 174.228.143.60 | | | |
| [2020-06-20 12:57:30]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 174.228.143.60 | | | |
| [2020-06-20 16:31:00]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 174.228.143.60 | | | |
| [2020-06-20 23:43:43]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-21 14:32:54]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-23 18:03:21]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |
| [2020-06-24 18:35:40]   iOS.9ece5748c8637e13e8c42c3b22be69ca   3.2.6   1 | | | |
| 47.198.10.58 | | | |

D) Payment:

GOVERNMENT
EXHIBIT
1
1:20-CR-84

E) Call Records:

```
Time                    From            To
[2020-06-20 12:50:12]   12029350058     ██████0961
[2020-06-20 12:57:03]   12029350058     ██████8325
[2020-06-20 16:32:06]   12029350058     ██████0961
[2020-06-20 16:37:47]   12029350058     ██████8325
```

F) SMS Records:



```
Time                    From            To
[2020-06-20 02:50:51]   12029350058     ██████0932
[2020-06-20 02:50:51]   12029350058     ██████0932
[2020-06-20 02:50:51]   12029350058     ██████0932
[2020-06-20 02:50:51]   12029350058     ██████0932
[2020-06-20 09:27:21]   ██████0932      ██████0058
[2020-06-20 12:00:33]   12029350058     ██████0932
[2020-06-20 13:02:37]   12029350058     ██████8325
[2020-06-20 13:02:37]   12029350058     ██████8325
[2020-06-20 13:02:37]   12029350058     ██████8325
[2020-06-20 13:02:37]   12029350058     ██████8325
[2020-06-20 13:02:37]   12029350058     ██████8325
[2020-06-20 13:02:37]   12029350058     ██████8325
[2020-06-20 13:02:37]   12029350058     ██████8325
[2020-06-20 13:46:29]   ██████8325      12029350058
[2020-06-20 23:45:21]   12029350058     ██████0932
[2020-06-20 23:45:21]   12029350058     ██████0932
[2020-06-20 23:46:05]   ██████0932      12029350058
```