

Text Message
Sat, Jun 20, 9:02 AM

Good morning ▉▉▉▉▉▉▉ This is Devon, a watch officer, from Mr. Bradley Booker's, ODNI, office. We had a request come in yesterday that we need to confirm in regards to a meeting you attended between ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉ yesterday and just need to confirm a few details.

I apologize for reaching out over the weekend, but we were advised to adjudicate this immediately.

Ok. Please call this number.



GOVERNMENT
EXHIBIT

7

1:20-CR-84