# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **MOTION HEARING** |
| **GARRISON KENNETH COURTNEY** | Case No. 1:20CR84 |

HONORABLE LIAM O'GRADY, presiding      Time Called: 10:34 a.m.
Proceeding Held: August 19, 2020      Time Concluded: 10:38 a.m.
Deputy Clerk: Amanda      Court Reporter: S. Wallace

**Appearances:**

UNITED STATES OF AMERICA by:      Matthew Burke

GARRISON COURTNEY in person and by:      Stuart Sears

INTERPRETER: None      ☐ Interpreter Sworn

[18] Government's Motion to Revoke Bond

- Defendant does not oppose the motion and being remanded to the USMS.
- Court grants motion and remands defendant at this time.
- Order to follow.