**AGREEMENT REGARDING CONDITIONS
PRIOR TO THE FORMAL ENTRY OF GUILTY PLEA**

Garrison Kenneth Courtney, also known as Garrison Kenneth Pierson Courtney (hereinafter, "Courtney"), and the United States Attorney's Office for the Eastern District of Virginia and the Public Integrity Section of the Department of Justice (hereinafter collectively, "the United States"), having entered into a plea agreement on or about March 26, 2020, whereby Courtney has agreed to plead guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343, and having executed an associated agreed statement of facts on or about March 26, 2020, do hereby further agree as follows:

1. Courtney agrees that within 48 hours of signing this agreement, if he has not already done so, he shall notify his current employer, ▮▮▮▮▮▮▮▮▮▮ that he has entered into a plea agreement with the United States, whereby he has agreed to plead guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343.

2. Courtney knowingly and voluntarily agrees and consents to the United States also directly notifying his current employer, ▮▮▮▮▮▮▮▮▮▮, and any representative of that company, including any in-house or outside counsel representing that company, that Courtney has entered into the plea agreement and signed statement of facts in this matter. Courtney further knowingly and voluntarily agrees and consents that this notice may include the United States describing, summarizing the substance of, and orally reading portions of the plea agreement and statement of facts to ▮▮▮▮▮▮▮▮▮▮ or its representatives. Courtney further knowingly and voluntarily waives any right to claim that the United States is prohibited from disclosing the substance of the plea agreement and statement of facts to ▮▮▮▮▮▮▮▮▮▮ pursuant to Fed. R. Crim. P. 6(e), or any other provision of the Constitution, federal law, state law, or Department of Justice policy.

3. Notwithstanding paragraph 2 above, the United States agrees that it shall not provide copies of the plea agreement or statement of facts to ▮▮▮▮▮▮▮▮▮▮ prior to the public filing of those documents with the United States District Court for the Eastern District of Virginia.

4. Courtney further agrees that within 48 hours of securing employment with any new employer, whether as a full-time employee, part-time employee, or independent contractor, he shall notify the United States in writing, though his counsel, of the identity of the new employer and a point-of-contact at the new employer who can receive communications from the United States.

5. Courtney further knowingly and voluntarily agrees and consents to the United States also directly notifying any future employer of Courtney, and any representative of any future employer of Courtney, including any in-house or outside counsel representing any future employer of Courtney, that Courtney has entered into the plea agreement and signed statement of facts in this matter. Courtney further knowingly and voluntarily agrees and consents that this notice may include the United States describing, summarizing the substance of, and orally reading portions of the plea agreement and statement of facts to any new employer or its representatives. Courtney further knowingly and voluntarily waives any right to claim that the United States is prohibited from disclosing the substance of the plea agreement and statement of

facts to any future employer of Courtney pursuant to Fed. R. Crim. P. 6(e), or any other provision of the Constitution, federal law, state law, or Department of Justice policy.

6. Notwithstanding paragraph 5 above, the United States agrees that it shall not provide copies of the plea agreement or statement of facts to any future employer of Courtney prior to the public filing of those documents with the United States District Court for the Eastern District of Virginia, unless such disclosure is authorized or required pursuant to the Victims Rights and Restitution Act, 34 U.S.C. § 20141, or the Crime Victim Rights Act, 18 U.S.C. § 3771.

7. Courtney further agrees that within 48 hours of executing this agreement, he shall notify the United States in writing, through his counsel, of his current residential address. Courtney further agrees that he shall provide written notice to the United States, through his counsel, prior to changing his residential address.

8. Courtney further agrees that he will surrender any passport to his counsel within 48 hours of executing this agreement, and that he will not seek to obtain any new passport.

9. Courtney further agrees that he will not travel outside of the Middle District of Florida other than to consult with his counsel or to attend court proceedings in the matter of *United States v. Garrison Kenneth Courtney*, 1:20-CR-84 (E.D. Va.), without the prior written agreement of the United States.

10. Courtney acknowledges that nothing in this agreement shall modify, alter, or abridge his obligation, pursuant to paragraph 13 of the plea agreement, "to entry of [the] plea agreement at the date and time scheduled with the Court by the United States (in consultation with the defendant's attorney)."

11. Courtney and the United States agree that this agreement is effective when signed by the defendant, the defendant's attorney, and an attorney for the United States. Courtney and the United States agree that this agreement shall remain in force only until a Court in this matter issues an order setting forth the conditions of Courtney's release or ordering Courtney detained.

12. Courtney agrees that he has fully discussed this matter with his attorney, as evidenced by counsel's signature below.

*[Signature]*
Garrison Kenneth Courtney
a/k/a Garrison Kenneth Pierson Courtney

Date: 4/2/2020

Defense Counsel Signature: I am counsel for Garrison Kenneth Courtney, also known as Garrison Kenneth Pierson Courtney, in this case. I have fully explained to Mr. Courtney his rights with respect to this agreement. I have carefully reviewed this agreement with Mr. Courtney. To my knowledge, Mr. Courtney's decision to enter into this agreement is an informed and voluntary one.

*[Signature]*
Stuart A. Sears, Esq.
Attorney for Garrison Kenneth Courtney

Date: 4/2/2020

3

SEEN AND AGREED:

G. Zachary Terwilliger  
United States Attorney  
Eastern District of Virginia

Corey R. Amundson  
Chief  
Public Integrity Section

By: _____  
Matthew Burke  
Heidi Boutros Gesch  
Raj Parekh  
Assistant United States Attorneys  
Eastern District of Virginia

By: _____  
Todd Gee  
Deputy Chief  
Public Integrity Section  
United States Department of Justice  
Special Assistant United States Attorney

4