The Honorable Liam O'Grady
United States District Judge
For the Eastern District of Virginia

████████████████
████████████████

August 12, 2020

Dear Judge O'Grady:

I am writing to request leniency for Garrison Courtney. I have known Garrison for over twenty years, having met him while in high school in the small town of Havre, MT. Garrison played a pivotal role in my life as a young man, helping me chose to continue my education at The University of Montana and pledging Sigma Alpha Epsilon fraternity.

While at UM I roomed with Garrison where I saw firsthand his tireless work ethic working multiple jobs to put himself through school including hosting an early morning radio show that had him out of the house daily at 5AM.

Witnessing Garrison's commitment to school, work and philanthropic involvement with the fraternity inspired me to take on leadership roles within the fraternity and to spend my free time volunteering while in college. Garrison was a great role model for me as a young man and impacted several of the most important decisions in my life.

To know Garrison is to know he is a patriot. Following an example set forth by their father, Garrison and three of his four siblings served in the U.S. Military. Obviously, Garrison has ventured down a wrong path to find himself in your court. I trust that you will issue a sentence which is fair, but would ask you to be lenient so Garrison can play a pivotal role in his five sons' lives as they become men, just as he did in mine.

I have faith Garrison will steer clear of any future transgressions once this matter is behind him. In conversations I've had with Garrison he is remorseful for his part in the matter and is looking forward to the day he can reunite with his sons as a free man. Please take into consideration his guilty plea as a first step in his taking responsibility for his situation.

Please feel free to contact me at ████████████ should you have any questions regarding Garrison or if I can provide any additional information to help in your decision.

Sincerely,

Jesse Lohse

Heather Gabel

███████████████
███████████████

October 9, 2020

Honorable Liam O'Grady
United States District Judge
For the Eastern District of Virginia

███████████████
███████████████

Dear Honorable Liam O'Grady:

My name is Heather Gabel and I am a high school mathematics teacher of over 18 years, with a Master's degree in Education. I have three children that I raise on my own and I am active in coaching and other school activities here in Indiana. Previously I resided in Washington state and went to school in Montana to earn my teaching degree.

In Montana, at MSU-Northern, I met Garrison Courtney. We became roommates in my last year of college and have continued to stay in touch over the past 20+ years. I have also stayed in contact with his parents and siblings and have enjoyed getting to know his children over the past 10 months. We were FaceTiming, messaging and speaking on the phone daily, prior to incarceration and we continue to maintain interaction as best we can.

I've always admired Garrison for his compassion for others, his ability to self-reflect and improve himself both physically and mentally, and for his leadership qualities. Over the past 10 months, I have been elated to witness his dedication to fatherhood, not only to his three children in Florida, but also to his former step son and his first biological son who lives out-of-state. Despite a very unstable and stressful relationship with his most recent ex-wife I've watched him always put his children first and he has always found a way to provide for them both financially and emotionally. He set aside his pride and got a job at Pizza Hut to pay the bills. He was available at all hours to take care of his boys throughout COVID and at the drop of a hat when his ex-wife beckoned. He stepped up to every challenge presented and found a way to persevere through the roller coaster of emotion that comes with life changes such as the ones he has endured. Together, we talk about how to be the very best versions of ourselves and provide the best environment and examples for our children.

Garrison creates an upbeat, happy environment for his boys and they are truly missing his positive influence in their lives. I do hope that the court acknowledges his remorse and mindset to move forward in life making positive choices for himself and his children. The boys need their dad as the stable, positive, role-model in their lives. The sooner he returns to them, the sooner all of them can

Honorable Liam O'Grady
October 9, 2020
Page 2

heal and overcome the challenges they have endured. I have no doubt he will rebound from this
experience and do good in the world, having learned from this journey.

Sincerely,

*Heather A Gabel*

Heather Gabel

October 16, 2020

Dear Judge O'Grady,

First and foremost, I greatly appreciate your time in reading my letter and getting to know about my family. I am writing to you on behalf of my children. I met Garrison towards the end of 2009. Both his son (from his first marriage) and my oldest son attended the same preschool, where I was also employed as a Center Assistant. We dated for several years, had 3 children together and got married in 2015.

Garrison spent the past decade trying his best to be a dedicated father to our children. His weekends were busy coaching local youth sports teams, hosting community events and never once complained when it was time to step in and be a real parent. Even though we share our indifferences and this extremely unfortunate situation has caused our marriage to dissolve, I can only hope for what every parent does - what's best for their children.

I know firsthand what it's like to grow up without both parents. All I can hope to ask for is that our boys don't have to endure that reality for a long time.

Once again, thank you for your time and consideration.

Respectfully,

Andree Pierson