Dear Judge O'Grady,

Although I signed my plea agreement many months ago, and even though I had accepted that I had to admit my guilt even before then, I honestly did not fully appreciate the extent of my conduct and impact it had on countless others until my cell door closed behind me on August 19, 2020. There is something about looking at a pile of jail clothes and blankets and knowing this will be your life for the foreseeable future that you cannot prepare for.

I write this letter fully aware that most people who read it will find it self-serving and that my words are not worthy of belief. I can't blame them. It was my own actions that have called into question my credibility - now and forever. In spite of the fact my words may ring hollow, there are things I want to say to the people I have hurt. They are owed an an explanation, even if it won't undo the damage I have caused and even if they don't believe me.

This all began with a series of lies that I was working with members of the Intelligence Community to establish and facilitate coordination between the government and private sector. The premise was entirely plausible and most of the people I spoke to were enthusiastic to participate. I manipulated my friends and acquaintances, with the lies becoming more complex over time, in order to bolster the "program's" importance. What started with a simple lie grew into something I could no longer control or stop without admitting to being a fraud and failure.

While I deserve no sympathy, it is true that living that lie was overwhelmingly stressful. I lived in constant fear of not knowing when I would be found out and it broke me down emotionally and physically the longer the lies continued.

All I can do now is to apologize to my victims, my family, the few friends I have left and former colleagues. I humbly apologize to the members of our intelligence community who sacrifice their lives everyday

(3)

for our country and its citizens.

I also apologize for drawing negative attention to the vital relationship between our Intelligence Community and private sector for my personal gain.

I apologize for every lie, big and little, and for causing others to become less trusting of the government they interact with. I am extremely aware of the harm I have caused to others. Reputations have been tarnished, companies have suffered real financial losses and government resources that could have been used elsewhere instead were focused on the web I had spun.

As I said in the beginning, it is an over-whelming feeling entering a jail cell and knowing it will be my home for the foreseeable future. I will spend the time in jail building back the trust I have lost with my family and others. I will serve my time with dignity and honorably.

I have had many positive experiences in my life, including the honor to have served my country, earn a graduate degree

and to become a father to five wonderful boys.

I promise to use my time in prison to contribute positively to fellow inmates and staff and to establishing a reputation of being trust-worthy and honest. In fact, I have already started this process in the Alexandria jail, serving as a model inmate.

I will do whatever it takes to prove to my children that they can still be proud of their dad. Being seperated from them and knowing that I will not be there to help raise them has been emotionally devastating for them and myself. But, this is my fault and my fault alone and my path to redemption will be making sure they know that and strive to not make the same mistakes I have.

Thank you for considering this letter and your time.

Respectfully,

Garrison K. Courtney