

# CENTRAL INTELLIGENCE AGENCY

Office of Training and Recruitment

March 26, 2014

███████

Margaret M.
Office of Training and Recruitment
Langley AFB, Mclean, VA

Dear ███████

Congratulations on being selected for the National Clandestine Service.

With approval from the President of the United States, Barack Obama and the Director of the Central Intelligence Agency (CIA), you have been selected as the Senior Executive IV, Undersecretary for Intelligence, Operations.

Your official pay date for your new role begins April 6th, 2015. Due to discussions and negotiations between the White House and ███████████████████████ ██████████████████████████ the disclosure of your new role will be communicated to you within the next five to seven days.

We look forward to your service within the Intelligence Community and appreciate the patience you have shown.

While you maintain this notification correspondence for your personal records, it is advised that you treat your new position as dictated in previous correspondence.

Congratulations again!

Margaret M.
Recruiting and Training Coordinator