

# Office of the Attorney General

Washington, DC 20530

June 4, 2014

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM: THE ATTORNEY GENERAL

SUBJECT: Immunity from Prosecution

The Drug Enforcement Administration (DEA) has requested Immunity from Prosecution for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and Garrison K. Courtney, under 18 U.S.C. § 6000 and § 719.112(d), respectively.

It is in the national security interest of the United States that immunity be granted for the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ named individuals along with the affiliated covert personnel. Information will be entered into all applicable federal law enforcement systems, effective June 4, 2014.

Immunity will persist for a period of no longer than twenty-five years or the duration of the classified project, whichever comes first.

Information pertaining to the Immunity from Prosecution letter can be requested from the Department of Justice Immunity Unit, Washington, DC 20530 or through the appropriate requesting authority.

A copy of this letter must be retained by the designees named above.

CC: DEPUTY ATTORNEY GENERAL
CC: DRUG ENFORCEMENT ADMINISTRATION
CC: UNITED STATES ATTORNEY OFFICES
CC: NATIONAL SECURITY COUNCIL
CC: CENTRAL INTELLIGENCE AGENCY
CC: FEDERAL BUREAU OF INVESTIGATION
CC: DEPARTMENT OF HOMELAND SECURITY
CC: DEPARTMENT OF STATE
CC: US MARSHALS SERVICE
CC: DEPARTMENT OF DEFENSE UNDERSECRETARY FOR INTELLIGENCE
CC: OFFICE OF THE DIRECTOR FOR NATIONAL INTELLIGENCE