**Subject:** TO READ
**From:** ▮
**Date:** 2/12/14, 12:04 PM
**To:** ▮

Experience:

- Work in the classified contracts section for the Undersecretary of Intelligence. (you don't like giving our your email or phone because they are on classified systems)
- Worked previously for Special Forces Group as a contracting officer for 21 years.
- Been at USD(I) for 2 years.
- Your boss is General Vickers (directly)
- Your Title; Section Chief (you are a civilian)

Overview:

General Vickers has been tasked to develop a congressional and public affairs shop and has received a funding stream to do so. Will not be obligated civilian or military personnel for at least a year, but have been tasked to set up the outline and initial staffing of the office by September 30th.

General Vickers recommended ▮ ▮ ▮ due to Garrison Courtney's connections there. He knows of Garrison Courtney from his work at DEA and in connection to the CIA and SOCOM.

Shop would be from scratch and direct report to General Vickers. Coordinate with Defense Office of Public Affairs and Congressional Affairs.

You nor anyone on staff is not sure how to set up the office, so are open to suggestions/comments from Global on how to do so.

Will be competed on CIO SP3 as a sole source...you already know you are supposed to talk to ▮ ▮ from ▮ and will be reaching out to ▮ in the near future.

Hope to have the opportunity to ▮ in draft form (from what they are giving you) within 30 days with the goal of bringing employees onto the positions within 60-90 days, after they are cleared.

You are on leave the next week, but will call upon your return.

You don't want this document that they are giving you to touch the classified systems otherwise it goes to regular contracting and you have been given direct orders to make this happen as fast as possible through sole source.

This is all you know....you appreciate them helping you develop the outline because you have never filled these positions or roles and you will be looking to ▮ to help position and posture the office.