| | |
|---|---|
| From: | Garrison  |
| Sent: | Wednesday, March 30, 2016 1:01 PM |
| To: | |
| Subject: | [Non-DoD Source] Please send to |

## MEETING AGENDA:

Start Time: 2:00 pm EST

Location:

Attendees:



CEO

Partner

Attorney

## Program:

Cap PM

Security

Contracting Officer

Program Management Office

## Agenda:

1

| 2:00 pm (in) | Introduction (Give diet coke background knowing that he hasn't been fully read ███████) |
| 2:25 pm | Go through contract /cure notice ███████ |
| 2:45 pm | Security Discussion ███████ |

This should not go beyond 3:15 pm. This is from a sociological perspective as people will get sloppy in messaging, etc. ███ is assigned to watch the group dynamics and de-escalate if meeting becomes contentious.

NOTES:

1. Do not get into merits of the past, it is not relevant.
2. Do not let ███ attempt to control or seek to control conversation.
3. Clearly state that the cure notice is a final course of action and the government will seek prosecution if ANY further disclosures occur.

Garrison Pierson Courtney
███

2