| Asana Project # | Contract | C-Num | DODAAC Number | DODAAC Active (Y/N) | Acq. Method (CIO-SP3, CIO-SP3 SB, CIO-CS) | Project Name | KO Assigned | BD Assigned | Department | Agency | Sub-Agency / PMO | Total Project Value | Base Period Value | Ass. Acq Request | MOA | AA - A | AA - B | SOW/PWS/SOO | IGCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contract IDs | | | | | Project and Lead | | | Customer | | | Program Value | | Document Status | | | | | |
| 16-001 | | | | | | | | | DOD | Army | | $13,978,079.00 | $1,716,215.00 | / | / | / | / | × | × |
| 16-002 | | | | Yes | | | | | DOD | Air Force | | | | / | / | / | / | / | / |
| 16-006 | | | | | | | | | DOD | Army | | $10,235,700.00 | $10,235,700.00 | × | / | / | / | × | × |
| 16-007 | | | | | | | | | DOD | Army | | $2,718,596.00 | $2,718,596.00 | × | × | × | × | × | × |
| 16-010 | | | | Yes | CIO-CS | | | | DOD | Army | | $1,253,973.26 | $1,253,973.26 | × | × | × | × | × | × |
| 16-011 | | | | | | | | | DOD | Air Force | | | | / | / | / | / | / | / |
| 16-012 | | | | | | | | | DOD | Army | | | | | × | | | × | |
| 16-013 | | | | | | | | | DOD | Army | | $3,075,768.00 | $3,075,768.00 | × | × | × | × | × | × |
| 16-014 | | | | | | | | | DOD | Air Force | | | $300,000.00 | | | | | / | |
| 16-015 | | | | No | CIO-SP | | | | DOD | Navy | | $40,000,000.00 | $8,000,000.00 | / | × | × | × | × | × |
| 16-017 | | | | | | | | | DOD | SOCOM | | | | | | | | | |
| 16-018 | | | | | | | | | DOD | EUCOM | | | | | | | | / | / |
| 16-019 | | | | | | | | | DOD | Army | | | | | | | | | |
| 16-021 | | | | | CIO-CS | | | | DOD | Air Force | | $96,000,000.00 | $96,000,000.00 | / | / | / | / | × | / |
| 16-022 | | | | | | | | | DOD | Army | | $89,971,733.00 | $89,971,733.00 | / | × | × | × | / | × |
| 16-023 | | | | | | | | | DOD | Navy | | | | × | × | × | × | × | × |
| 16-024 | | | | | | | | | DOD | Air Force | | $13,040,828.00 | $13,040,828.00 | | × | × | × | | |
| 16-025 | | | | | | | | | DOD | Air Force | | | | × | × | | | × | × |
| 16-028 | | | | | | | | | DOD | Army | | $30,000,000.00 | $6,000,000.00 | × | × | | | × | |
| 16-029 | | | | | | | | | DOD | Navy | | $120,000,000.00 | $30,000,000.00 | | | / | / | × | |
| 16-030 | | | | | | | | | DOD | Army | | $120,000,000.00 | $30,000,000.00 | | × | | | × | |
| 16-034 | | | | | | | | | DOD | Army | | | | | × | | | × | |
| 16-035 | | | | | | | | | DOD | Air Force | | $30,000,000.00 | $3,000,000.00 | | × | | | × | |
| 16-038 | | | | | CIO-SP | | | | DOD | Navy | | $82,760,891.60 | $82,760,891.60 | | | | | × | × |
| 16-040 | | | | | | | | | DOD | Army | | | | | | | | | |
| 16-041 | | | | | | | | | DOD | Army | | | | | | | | | |
| 16-048 | | | | | | | | | DOD | Army | | | $200,000.00 | | | | | | |
| 16-049 | | | | | | | | | DOD | Navy | | | | | | | | | |

| Asana Project # | Contract | C-Num | DODAAC Number | DODAAC Active (Y/N) | Acq. Method (CIO-SP3, CIO-SP3 SB, CIO-CS) | Project Name | KO Assigned | BD Assigned | Department | Agency | Sub-Agency / PMO | Total Project Value | Base Period Value | Ass. Acq Request | MOA | IAA - A | IAA - B | SOW/PWS/SOO | IGCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-051 | | | | | | | | | DOD | AFRICOM | | $634,000.00 | $634,000.00 | R | × | R | R | × | × |
| 16-052 | | | | | | | | | DOD | Air Force | | | | R | R | R | R | R | R |
| 16-053 | | | | | | | | | DOD | Army | | | | R | × | R | R | / | R |
| 16-054 | | | | Yes | | | | | DOD | Army | | $5,879,457.03 | $5,879,457.03 | × | × | × | × | × | × |
| 16-055 | | | | | CIO-CS | | | | DOD | Navy | | | | / | × | / | / | / | / |
| 16-056 | | | | | CIO-SP | | | | DOD | Army | | | | / | / | / | / | / | / |
| 16-057 | | | | | CIO-CS | | | | DOD | NORTHCOM | | $2,609,119.00 | $707,930.00 | R | R | R | R | / | / |
| 16-059 | | | | | | | | | DOD | Army | | | | / | / | / | / | / | / |
| 16-060 | | | | | | | | | | | | | | R | R | R | R | R | R |
| 16-061 | | | | | | | | | DOD | Navy | | | | R | R | R | R | R | R |
| 16-065 | LOW Priority | | | | | | | | DOD | Air Force | | | | R | R | R | R | R | R |
| 16-066 | LOW Priority until customer confirms with us | | | | | | | | DOD | Marine Corps | | | | R | R | R | R | R | R |
| 16-067 | | | | | | | | | DOD | Army | | | | R | R | R | R | R | R |
| 16-069 | | | | | | | | | DOD | Army | | | | / | × | / | / | / | / |
| 16-070 | | | | | | | | | DOD | Army | | | | / | × | / | / | / | / |
| 16-071 | | | | | | | | | DOD | Army | | | | / | × | / | / | / | / |
| 16-072 | | | | Yes | CIO-SP | | | | DOD | Navy | | $18,300,000.00 | $18,300,000.00 | × | × | / | / | / | / |
| 16-074 | | | | | | | | | DOD | Army | | | | R | R | R | R | R | R |
| 16-075 | | | | | | | | | DOD | Air Force | | | | R | R | R | R | R | R |
| 16-076 | | | | | | | | | DOD | NGA | | | | R | R | R | R | / | R |
| 16-077 | | | | | CIO-CS | | | | DOD | Navy | | $1,000,000,000.00 | $1,000,000,000.00 | / | / | / | / | / | / |
| 16-078 | | | | | CIO-CS | | | | DOD | OSD | | | | / | / | R | R | / | R |
| 16-079 | | | | | | | | | DOD | Army | | $25,000,000.00 | | / | / | / | / | / | / |
| 16-080 | | | | | | | | | DOD | Air Force | | | | R | R | R | R | R | R |
| 16-081 | | | | | | | | | DOD | CIO | | $1,000,000,000.00 | $1,000,000,000.00 | R | R | R | R | / | / |
| 16-082 | | | | | | | | | DOD | SOCOM | | | | R | R | R | R | R | R |
| 16-083 | | | | | | | | | VA | CIO | | | | R | R | R | R | R | R |
| 16-084 | | | | | | | | | DOD | Army | | | | R | R | R | R | R | R |
| 16-086 | | | | | | | | | DOD | Air Force | | | | R | R | R | R | R | R |

| Asana Project # | Contract | C-Num | DODAAC Number | DODAAC Active (Y/N) | Acq. Method (CIO-SP3, CIO-SP3 SB, CIO-CS) | Project Name | KO Assigned | BD Assigned | Department | Agency | Sub-Agency / PMO | Total Project Value | Base Period Value | Ass. Acq Request | MOA | IAA - A | IAA - B | SOW/PWS/SOO | IGCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-087 | | | | | | | | | DOD | Navy | | $1,000,000,000.00 | $100,000,000.00 | | | | | | |