# SENTENCING MINUTES

| | |
|---|---|
| Date: 10/28/2020 | Judge: **LIAM O'GRADY** |
| | Reporter: S. Wallace |
| | Time: 10:19 a.m. – 11:06 a.m. ( 00:47 ) |
| | Case Number: 1:20-cr-00084-LO-1 |

UNITED STATES OF AMERICA          Counsel/Govt: Matthew Burke, Heidi Gesch, Raj Parekh, Todd Gee

v.

**GARRISON KENNETH COURTNEY**          Counsel/Deft: Stuart Sears

Court adopts PSI ( X )          without exceptions ( )          with exceptions ( X )

- Defense objections to the PSR for the application of a 2-level enhancement for Obstruction of Justice and for the offense involving sophisticated means and the 2-level reduction not applied for acceptance of responsibility -DENIED.

**SENTENCING GUIDELINES:**
Offense Level: 33 ➔ 31
Criminal History: I
Imprisonment Range: 135 to 168 months ➔ 108 to 135
Supervised Release Range: 1 to 3 years
Fine Range: $35,000 to $8,963,742
Restitution $4,481,871.00
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for 84 months with credit for time served.
- Supervised Release for 3 Years, with special conditions:    ( X ) Yes    ( ) No
- Restitution of $4,481,867.00 due immediately/ monthly installments of $150 to begin w/in 60 days of release from custody.
- Special Assessment $100

- Restitution Order and Consent Order of Forfeiture entered in open court.

- Defendant advised of his right to appeal within 14 days.

**RECOMMENDATIONS to BOP:**

| | |
|---|---|
| X | Dft. To be designated to: FCI Coleman in Florida to be near his family. |
| | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| X | Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP) |
| | Other: |

Deft: ( X ) Remanded    ( ) Cont'd on Bond to Self-Surrender    ( ) Referred to USPO    ( ) Immediate Deportation